IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| JAMES R. BAILEY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | No. _____ |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Defendants. | : | |

**COMPLAINT**

Comes the Plaintiff, James R. Bailey, and brings this action against the Defendant, the United States of America, in the amount One Hundred and Two Thousand Five Hundred Twenty-Five Dollars and Ninety-Two Cents ($102,525.92). In support thereof, the Plaintiff submits the following:

1. Jurisdiction is founded under the Federal Tort Claims Act, 28 U.S.C. Section 1346(b).

    a. Defendant, the United States Postal Service, is a federal agency governed by the laws and statutes of the United States of America.

    b. The matter in controversy does exceed, exclusive of interest and costs, the sum of One Hundred Thousand ($100,000.00) Dollars.

    c. On April 19th, 2024, a Claim was filed with the United States Postal Service and the United States of America for the damages sustained by James R. Bailey. These injuries were caused by an Employee of the United States Postal Service. No action has been taken to either admit or deny these claims by the United States of America or the United States

Postal Service since that time. Accordingly, The United States has failed to make a final disposition within six months.

    d. Plaintiff has fully exhausted all administrative remedies required under the FTCA, and this action is timely filed.

    2. The Plaintiff is a citizen and resident of Whitesburg, Hawkins County, Tennessee.

    3. The Defendant, United States of America, is being served with process through the Attorney General of the United States, Pamela Bondi, by certified mail, and Francis M. Hamilton III, U.S. Attorney for the Eastern District of Tennessee, is being served with process at his business address: 800 Market Street, Suite 211, Knoxville, TN 37902.

    4. At all times material hereto, Defendant, the United States Postal Service, by and through its agents, servants, workmen, employees and/or other representatives, acted on behalf of Defendant, United States of America, and with the full knowledge, consent and authority of Defendant, United States of America.

    5. At all times material hereto, the Defendants acted and/or failed to act by and through their agents, servants, work persons and/or employees, who acted within the course of their employment and within the scope of their authority with said Defendants.

    6. This claim is being brought pursuant to the Federal Tort Claims Act, 28 U.S.C. 2671 *et seq*. The event which is the subject of this case occurred in Rogersville, Hawkins County, Tennessee.

    7. On or about July 10th, 2023, Plaintiff was lawfully operating a motor vehicle traveling West on Main Street in Rogersville, Hawkins County Tennessee near the entrance of the Hawkins Elementary School which is controlled by a traffic light.

8. At that time and place while the Plaintiff was stopped at the traffic light, a motor vehicle, being operated by Tammy Sue Boggs, a USPS employee, collided with the rear of Plaintiff's vehicle. The vehicle being operated by Tammy Sue Boggs was used by her in her employment with the United States Postal Service.

9. The USPS employee was acting within the course and scope of her federal employment at the time of the collision.

10. The Plaintiff alleges that the USPS employee was negligent in operating the USPS vehicle in a careless and reckless manner, without keeping the proper lookout ahead, following the Plaintiff's vehicle too closely, colliding with the Plaintiff's vehicle and thus failed to keep the USPS vehicle under control.

11. The USPS employee violated certain statutes of the State of Tennessee governing the operation of motor vehicles upon the highways of the State of Tennessee, as set out in Tennessee Code Annotated, which were in full force and effect on the date of the collision:

   a. The Defendant was negligent in failing to exercise due care to avoid colliding with another vehicle in violation of Tenn. Code Ann. § 55-8-136(b);

   b. The Defendant was negligent in operating his vehicle in a reckless manner, in violation of Tenn. Code Ann. § 55-10-205(a); and

   c. The Defendant was negligent in following the Plaintiffs' vehicle too closely, in violation of Tenn. Code Ann. §§ 55-8-124.

12. As a direct and proximate result of the collision, Plaintiff suffered:

a. Physical injuries, including injuries to his neck and back.

b. Pain and suffering, both past and future;

c. Medical expenses, past and future;

d. Lost wages and/or diminished earning capacity;

e. Property damage to Plaintiff's vehicle in the amount of $2,252.92; and

f. Other economic and non-economic damages.

13. Under the law of the State of Tennessee the USPS employee owed Plaintiff a duty to operate the vehicle with reasonable care.

14. The USPS employee breached that duty through negligent acts and omissions.

15. Pursuant to the doctrine of respondent superior and the FTCA, Defendant United States of America is liable for the negligence of its employee.

16. Plaintiff suffered damages as a direct and proximate result of Defendant's negligence.

17. Plaintiff seeks compensatory damages in an amount to be proven at trial, not exceeding the amount presented in the administrative claim, including:

a. Medical expenses;

b. Lost income and loss of earning capacity;

c. Pain, suffering, and emotional distress;

d. Property damage; and

e. Costs and interest as allowed by law.

WHEREFORE, Plaintiff respectfully requests that judgment be entered in favor of Plaintiff against Defendant United States of America, awarding:

a. Compensatory damages in the amount of One-Hundred-Two-Thousand Five Hundred Twenty-Five Dollars and ninety-two cents ($102,525.92);

b. Costs of suit;

c. Prejudgement and post-judgment interest as permitted by law; and

d. Such other and further relief as the Court deems just and proper.

                              RESPECTFULLY SUBMITTED,

                              JAMES R. BAILEY

By: s/Steven W. Terry
     Steven W. Terry, Attorney (BPR #011155)
     steve@brewerandterry.com
     *Attorney for the Plaintiff*

Of Counsel:

BREWER & TERRY, P.C.
1702 W. Andrew Johnson Hwy.
Morristown, TN 37816-2046
Phone (423) 587-2730
Fax (423) 585-0427

Phillip L. Boyd, Esq.
BOYD & BOYD
115 East Main Street
Rogersville, TN 37857-0298
Phone (423) 272-3619
Fax (423) 272-5866

## COST BOND

      I hereby acknowledge myself surety for all costs and taxes which may be incurred in this case.

                                                s/Steven W. Terry, Esq.